IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**THE RAYMOND CORPORATION** **PETITIONER**

v. No. 3:22-MC-004-RP

**WARSHAUER LAW GROUP and**
**MICHAEL J. WARSHAUER** **RESPONDENTS**

ORDER GRANTING APPLICATION
TO ADMIT COUNSEL *PRO HAC VICE*

This cause was originally filed in the Northern District of Georgia seeking to compel compliance with subpoenas issued in relation with a case pending before this court, *Jones, et al. v. The Raymond Corporation*, case no. 3:20-cv-308-NBB-RP. Thereafter, the respondents consented to have this cause transferred to this court. Docket 6. Having reviewed the docket and corresponded with counsel of both cases, the undesigned finds that the following counsel, already admitted in the *Jones* case, should be admitted *pro hac vice* in this matter as well: Francis H. LoCoco and Margaret K. Heitkamp.

**SO ORDERED**, this the 28th day of June, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE